# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PEGGY S. ENDICOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>Defendant. | Case No. 25-CV-00001-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of June 2, 2025 (Doc. 20), the Commissioner's final decision denying Plaintiff Peggy Endicott's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered in favor of Endicott and against Defendant Commissioner of Social Security.

DATED:   June 2, 2025

                                        MONICA A. STUMP,
                                        Clerk of Court

                                        By:  s/ *Jackie Muckensturm*
                                             Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
             **STEPHEN P. MCGLYNN**
             **U.S. District Judge**